B1 (Official Form 1) (4/10)

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>Eastern District of Texas</td><td>VOLUNTARY PETITION</td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rockwall Rehab Hospitals, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**Integra Hospital - Plano** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-4096450** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>**2301 Marsh Lane<br>Plano, TX**<br>ZIP CODE **75093** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Collin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [ ]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [x]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [x]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [x]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Rockwall Rehab Hospitals, Ltd. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: Rockwall Rehab GP LLC | Case Number: | Date Filed: |
| District: Eastern District of Texas | Relationship: General Partner of Debtor | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Rockwall Rehab Hospitals, Ltd. |

| Signatures ||
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

</td>
</tr>
</table>

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

<table>
<tr>
<td>

X  /s/ Michael P. Massad, Jr.
   Signature of Attorney for Debtor(s)
   Michael P. Massad, Jr.
   Printed Name of Attorney for Debtor(s)
   Winstead PC
   Firm Name
   1201 Elm Street, Suite 5400
   Dallas, TX 75270
   Address
   (214) 745-5400
   Telephone Number
   05/25/2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

</td>
</tr>
</table>

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____*[signature]*_____
   Signature of Authorized Individual
   M. Scott Collins
   Printed Name of Authorized Individual
   Secretary of CP/RH Ventures GP, Inc.
   Title of Authorized Individual
   05/25/2011
   Date

</td>
<td>

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

**CP/RH VENTURES GP, INC.**
**ROCKWALL HOSPITAL VENTURES, LTD.**
**ROCKWALL REHAB GP, L.L.C.**

**JOINT UNANIMOUS WRITTEN CONSENT**

**(In Lieu of Special Meetings)**

**March 27, 2011**

The undersigned, constituting the sole member of the board of directors (the "Board") of CP/RH Ventures GP, Inc., a Texas corporation (the "Corporation"); and further constituting the Corporation in its capacity as the sole general partner of Rockwall Hospital Ventures, Ltd., a Texas limited partnership (the "Managing Member"); and further constituting the Managing Member in its capacity as the sole managing member of Rockwall Rehab GP, L.L.C., a Texas limited liability company (the "Company"); and further constituting the Company in its capacity as the sole general partner of Rockwall Rehab Hospitals, Ltd., a Texas limited partnership (the "Partnership"); do hereby, pursuant to Section 6.201 of the Texas Business Organizations Code, adopt the resolutions set forth below, consent to the matters set forth therein, and agree that such resolutions shall be the acts of the Board, the Managing Member and the Company (in the Company's capacity as the sole general partner of the Partnership) without the necessity of holding an actual meeting:

1.  **Bankruptcy Filing**

    **WHEREAS**, the Corporation is the sole general partner of the Managing Member, which in turn is the sole managing member of the Company, which is in turn the sole general partner of the Partnership;

    **WHEREAS**, the Managing Member has determined it to be advisable and in the best interests of the Company and its creditors, equity interest holders and other interested parties to cause the Company to file a petition for relief (the "Company Bankruptcy Filing") under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

    **WHEREAS**, the Company has determined it to be advisable and in the best interests of the Partnership and its creditors, equity interest holders and other interested parties to cause the Partnership to file a petition for relief (the "Partnership Bankruptcy Filing" and, together with the Company Bankruptcy Filing, the "Bankruptcy Filing") under the provisions of Chapter 7 of Title 11 of the Bankruptcy Code.

    **NOW THEREFORE, BE IT RESOLVED**, that the Bankruptcy Filing be, and it hereby is, authorized, approved, confirmed, ratified and adopted in all respects;

    **RESOLVED FURTHER**, that the officers of the Corporation (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of

them with full authority to act without the other hereby is, authorized, empowered and directed, for and in the name and on behalf of the Corporation in all capacities (including, without limitation, as the sole general partner of the Managing Member of the Company, which is the sole general partner of the Partnership) to execute and verify a petition in the names of the Company and the Partnership under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Texas in such form and at such time as the Authorized Officer executing said petition on behalf of the Company and the Partnership shall determine;

RESOLVED FURTHER, that the Authorized Officers be, and each of them with full authority to act without the other hereby is, authorized, empowered and directed, for and in the name and on behalf of the Corporation in all capacities (including, without limitation, as the sole general partner of the Managing Member of the Company, which is the sole general partner of the Partnership) to (i) execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf) all necessary documents directly or indirectly related to the Bankruptcy Filing, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Bankruptcy Filing contemplated hereby, with a view to the successful prosecution of such case, and (ii) take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of any and all of the foregoing resolutions;

RESOLVED FURTHER, that the law firm of Winstead PC, 1201 Elm Street, Suite 5400, Dallas, Texas 75270, is hereby employed under general retainer as counsel for the Company and the Partnership in the Bankruptcy Filing and in other related matters, on such terms and conditions as the Authorized Officers shall approve;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Officer directly or indirectly related to the Bankruptcy Filing, including seeking relief on behalf of the Company and/or the Partnership under Chapter 7 of the Bankruptcy Code or in connection with the Chapter 7 case, or any matter related thereto, be, and each hereby is, authorized, approved, confirmed, ratified and adopted in all respects as the acts and deeds of the Corporation, the Managing Member and the Company; and

RESOLVED FURTHER, that all actions previously taken by any Authorized Officer or any member of the Board for and in the name and on behalf of the Corporation in all capacities (including, without limitation, as the sole general

partner of the Managing Member of the Company, which is the sole general partner of the Partnership) in furtherance of any or all of the preceding resolutions be, and each of the same hereby is, authorized, approved, confirmed, ratified and adopted in all respects.

2. **Ratification of Past Acts**

   **WHEREAS**, the Board, the Managing Member and the Company have concluded that it is advisable and in the best interests of the Corporation, the Managing Member, the Company and the Partnership, respectively, to ratify all past acts of any officer or director of the Corporation acting on behalf of the Corporation in all capacities (including, without limitation, as the sole general partner of the Managing Member of the Company, which is the sole general partner of the Partnership), to the extent not inconsistent with law or the governing documents of the foregoing entities.

   **NOW, THEREFORE, BE IT RESOLVED**, that the Board, the Managing Member and the Company, on behalf of the Corporation, the Managing Member, the Company and the Partnership, respectively, hereby authorize, approve, confirm, ratify and adopt each and every action taken by any officer or director of the Corporation acting on behalf of the Corporation in all capacities (including, without limitation, as the sole general partner of the Managing Member of the Company, which is the sole general partner of the Partnership) in furtherance of any business purpose of the Corporation, the Managing Member, the Company and the Partnership through and including the date of this consent, to the extent not inconsistent with applicable law or the governing documents of the foregoing entities, with the same force and effect as if such action were authorized, approved, confirmed, ratified and adopted by prior consent.

**[Signature page follows]**

3

**IN WITNESS WHEREOF**, the undersigned have executed this consent on and as of the date first written above.

**BOARD:**

JOHN L. WEST

L

**MANAGING MEMBER:**

ROCKWALL HOSPITAL VENTURES, LTD.,
a Texas limited partnership

By: CP/RH Ventures GP, Inc.,
    a Texas corporation,
    its general partner

By: _____
Name: _____SCOTT COLLINS_____
Title: _____SECRETARY_____

**COMPANY:**

ROCKWALL REHAB GP, L.L.C.,
a Texas limited liability company

By: Rockwall Hospital Ventures, Ltd.,
    a Texas limited partnership,
    its managing member

By: CP/RH Ventures GP, Inc.,
    a Texas corporation,
    its general partner

By: _____
Name: _____SCOTT COLLINS_____
Title: _____SECRETARY_____

4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

IN RE:

| |
|---|
| Rockwall Rehab Hospitals, Ltd. |

| |
|---|
| Bankruptcy Case Number |

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Creditor Matrix Format (check one):

Diskette: _____

Paper: _____✗_____

Date: 5/25/2011 _____        _____ AUTHORIZED REPRESENTATIVE
                                 Debtor Signature

Date: _____        _____
                                 Joint Debtor Signature



TITLE

Abbott Laboratories
P.O. Box 100997
Atlanta, GA  30384-0997

Ability Network, Inc.

Butler Square
100 North 6th Street, Suite 900A
Minneapolis, MN 55403

Accountemps
P.O. Box 60000
San Francisco, CA  94160-3484

Advance Med LLC
715 Discovery Blvd., Ste. 304
Cedar Park, TX  78613

Advanced Bottom-Line Mgmt, LLC
8505 Russell Dr.
Rowlett, TX  75089

Affinity Medical
5109 82nd Street
Lubbock, TX  79424

Air Purification Systems, Inc.
2401 Country View Ln. #100
McKinney, TX  75069-8706

Airscan Tech
P.O. Box1539
Springtown, TX 76082

Allied Waste Services
P.O. Box 78829
Phoenix, AZ  85062-8829

Allscripts LLC
24630 Network Place
Chicago, IL  606731246

Alternative Staffing, Inc.
P.O. Box 26470

| |
|---|
| San Francisco, CA 94126 |
| |
| Amer Solutions For Business<br>Nw#7794<br>P.O. Box 1450<br>Minneapolis, MN 55485-7791 |
| American Funds<br>P.O. Box 659530<br>San Antonio, TX 78265-9530 |
| |
| American Medical Response<br>P.O. Box 847825<br>Dallas, TX 75284 |
| American Proficiency Institute<br>1159 Business Park Drive<br>Traverse City, MI 49686 |
| American Solutions For Business<br>NW#7794<br>P.O. Box 1450<br>Minneapolis, MN 55485-7794 |
| |
| |
| Ames, John R., CTA<br>P.O. Box 139066<br>Dallas, TX 75313-9066 |
| Amrpa, Inc.<br>206 South Sixth Street<br>Springfield, IL 62701 |
| |
| |
| |
| |
| Associated Orthopedics<br>4031 Plano Parkway, Suite 100<br>Plano, TX 75093 |

| |
|---|
| AT & T<br>P.O. Box 5001<br>Carol Stream, IL  60197-5001 |
| Atlas Electronics<br>2737 Irving Blvd.<br>Dallas, TX  75207 |
| Atmos Energy<br>P.O. Box 790311<br>St Louis, MO  63179-0311 |
| |
| |
| Balcones Shred<br>1101 E 11th Street<br>Austin, TX  78702 |
| BAM Distributing USA LLC<br><br>11832 Dunlay Ln # D<br><br> Baton Rouge, LA 70809 |
| |
| |
| Baxter Healthcare Corp<br>P.O. Box 730531<br>Dallas, TX  75373 |
| |
| Baylor University Med Ctr.<br>P.O. Box 842022<br>Dallas, TX  75284-2022 |
| BCBS of Minnesota<br>P.O. Box 64338<br>St. Paul, MN  55164-0338 |
| |

| |
|---|
| Berigan, Michelle<br><br>401 Pintail Drive<br><br>McKinney, TX  75070 |
| |
| BI<br>NW 5055<br>P.O. Box 1450<br>Minneapolis, MN  55485-5055 |
| Blackmon, Michael, MD<br>6124 W Parker Rd., Ste. 131<br>Plano, TX  75093 |
| |
| |
| |
| |
| Broda Enterprises USA, Inc<br>1301 West 400 North Street<br>Orem, UT  84057 |
| |
| |
| Capital Research & Management<br>American Funds<br>Attn: Finance & Acctg<br>P.O. Box 659530<br>San Antonio, TX  78265-9530 |
| Capstone Healthcare Staffing<br>P.O. Box 8744<br>Tyler, TX  75711 |

| |
|---|
| Cardinal Health 301, Inc.<br>Lockbox #771952<br>1952 Solutions Center<br>Chicago, IL  60677-1009 |
| Careerbuilder LLC<br>13047 Collection Center Dr.<br>Chicago, IL  60693-0130 |
| Careerstaff Unlimited<br>P.O. Box 200528<br>Houston, TX  75216-0528 |
| |
| Carenow Corporate<br>P.O. Box 9101<br>Coppell, TX  75019 |
| Carestaf of Dallas LP<br>878 S. Denton Tap Rd. – Ste. 100<br>Coppell, TX  75019 |
| Carolos Hernandez<br><br>513 Briarcroft Drive<br><br>Grapevine, TX  76051 |
| Carter Bloodcare<br>P.O. Box 916068<br>Ft. Worth, TX  76191-6068 |
| |
| Cbeyond<br>P.O. Box 848432<br>Dallas, TX  75284-8432 |
| CCS Horizon, Inc.<br>P.O. Box 261417<br>Plano, TX  75026-1417 |
| Celleration, Inc.<br>Dept Ch 19325<br>Palatine, IL  60055-9325 |

| |
|---|
| |
| Ceridian<br>P.O.Box 10989<br>Newark, NJ  07193 |
| Certified Laboratories<br>P.O. Box 971269<br>Dallas, TX  75397-1269 |
| Champion Auto Fire Sprinkler<br>1924 Old Denton Rd, Ste. 101<br>Carrollton, TX  75006 |
| |
| City of Plano Ambulance Service<br>P.O. Box 180819<br>Dallas, TX  75218 |
| City of Plano Environmental Health<br>1520 Avenue K, Suite 210<br>Plano, TX  75074 |
| City of Plano Health Dept.<br>P.O. Box 860358<br>Plano, TX  75086-0358 |
| City of Plano Utilities<br>P.O. Box 861990<br>Plano, TX  75086-1990 |
| City of Richardson, Tax Dept<br>P.O. Box 830129<br>Richardson, TX  75083-0129 |
| Clinical Pathology Labs, Inc.<br><br>9200 Wall Street<br><br>Austin, TX  78754 |
| Clia Laboratory Program<br>P.O. Box 70948<br>Charlotte, NC  28272-0948 |

| |
|---|
| **Clinical Staffing Unlimited**<br>8340 Northfield Blvd., Ste. 2660<br>Denver, CO 80238 |
| **Clinicall Staffing, Inc.**<br>2501 Oak Lawn Avenue<br>Dallas, TX 75219 |
| **Commercial Lighting**<br><br>PO Box 270651<br><br>Tampa, FL 33688 |
| **Collin County Tax Assessor-Collector**<br>P.O. Box 8046<br>McKinney, TX 75070-8046 |
| **Colonial Life Insurance**<br>**Processing Center**<br>P.O. Box 1365<br>Columbia, SC 29202-1365 |
| **Community Coffee Company LLC**<br>P.O. Box 60141<br>New Orleans, LA 70160 |
| |
| |
| **Constellation NewEnergy, Inc.**<br>P.O. Box 840159<br>Dallas, TX 75284-0159 |
| |
| |
| |
| **Cottonwood Partners Mgmt.**<br>2855 E Cottonwood Pkwy., Suite 560<br>Salt Lake City, UT 84121 |
| |
| |
| |

| |
|---|
| **CPSI**<br>P.O. Box 850309<br>6600 Wall Street<br>Mobile, AL  36685-0309 |
| **CST Co**<br><br>PO Box 224768<br><br>Dallas, TX  75222-4768 |
| |
| |
| |
| |
| |
| |
| **D Med Corporation**<br>5151 Beltline Rd., Ste 1125<br>Dallas, TX  75254 |
| |
| |
| |
| **Dar, Vaqar, MD**<br>5664 Gleneagles Dr.<br>Plano, TX  75093 |
| |
| |
| |
| |
| |
| **Dental Select**<br>P.O. Box 29661-2035 |

Phoenix, AZ  85038-9661

**DFW Automatic Doors**

2412 Richland Ave

Dallas, TX 75234

**Denton County Tax Assessor**
Steve Mossman
Tax Assessor Collector
P.O. Box 90223
Denton, TX  76202-5223

**Diagnostex, LLC**
2921 Brown Trail, Suite 110
Bedford, TX  76021

**Direct Supply, Inc.**
Box 88201
Milwaukee, WI  53288-0201

**DirecTV**
P.O. Box 60036
Los Angeles, CA  90060-0036

**Discount Helium of Dallas, Inc.**
P.O. Box 872061
Mesquite, TX  75150

**DME Supply Group**
7730B Trinity Rd., Ste. 124
Cordova, TN  38018

| | |
|---|---|
| DMI Corp.<br>P.O. Box 53<br>Cedar Hill, TX  75104 | |
| Documation<br>231 E Rhapsody<br>San Antonio, TX  78216-3115 | |
| Dolan Technologies Corp.<br>1713 E 123rd St.<br>Olathe, KS  66061 | |
| | |
| | |
| | |
| | |
| | |
| Ecolab<br>Network Place<br>Chicago, IL  60673-1241 | |
| EFI Global, Inc.<br>4275 Kellway Cir., Ste. 144<br>Addison, TX  75001 | |
| Elim Staffing, Inc.<br>8344 E RL Thornton Frwy.<br>Suite 315<br>Dallas, TX  75228 | |
| Empi, Inc.<br>P.O. Box 660154<br>Dallas, TX  75266-0154 | |
| | |
| | |
| Everbank Commercial Finance<br>Dept #1608<br>Denver, CO  80291-1608 | |
| | |
| Exp Pharmaceutical Svc Corp. | |

| |
|---|
| **48021 Warm Springs Blvd.**<br>**Fremont, CA  94539** |
| **Expo Experts, LLC**<br>**7809 Cooper Road**<br>**Cincinnati, OH  45242** |
| **Facility Solutions Group**<br>**2525 Walnut Hill Lane, Ste. 400**<br>**Dallas, TX  75229** |
| **FFF Enterprises, Inc.**<br>**Dept. 70150**<br>**Los Angeles, CA  90084-0150** |
| |
| **First Call of Dallas**<br>**Lock Box #1, P.O. Box 819**<br>**Sperry, OK  74073** |
| **First Healthcare Products**<br>**6125 Lendell Drive**<br>**Sanborn, NY  14132-9199** |
| **Flag & Banner Co.**<br>**5450 Lafayette Rd.**<br>**Indianapolis, IN  46254** |
| |
| |
| |
| |
| **Gallagher Benefit Services**<br>**Attn: Barb Keck**<br>**Two Pierce Place, 14th Floor**<br>**Itasca, IL  60143** |
| |
| **General Healthcare Resources**<br>**2250 Hickory Rd., Ste. 240**<br>**Plymouth Meeting, PA  19462** |
| |

GHN-Online, Inc.
Dept. 0126
P.O. Box 120126
Dallas, TX  75312-0126


Goodman Factors
P.O. Box 29647
Dallas, TX  75229-9647


Grainger
Dept 877552885
P.O. Box 419267
Kansas City, MO 64141-6267

Group & Pension Admin, Inc.
Premium Remittance Lockbox
P.O. Box 971587
Dallas, TX  75397-1587

GroupOne Services
250 Decker Drive
Irving, TX  75062

Guardian EMS - PPS LLC
1239 Bowie Street
Columbus, TX  78934-2343

Gulf South Medical Supply
P.O. Box 841968
Dallas, TX  75284-1968

Hach Company
2207 Collections Center Dr.
Chicago, IL  60693

Hagar Restaurant Service, LLC
1229 West Main St.
Oklahoma City, OK  73106-7802


Hampton, Tom

1703 Myers Ave

Frisco, TX  75034

Hanger Prosthetics & Ortho, Inc.
Attn:  Contracts Dept.
1375 Piccard Drive, Ste. 300
Rockville, MD  20850

Haynes Transcription, Inc.
555 Republic Dr., Ste. 32
Plano, TX  75093

HCP, Inc.
Lockbox # 50132
Los Angeles, CA  90074-0132

HD Supply Facilities Maint Ltd.
P.O. Box 509058
San Diego, CA  92150-9058

Healthsites, LLC
500 N. Valley Pkwy., Ste. 112
Lewisville, TX  75067

Heather Ferry

8201 Bartley Circle

Plano, TX  75025

Hillrom Company, Inc.
P.O. Box 643592
Pittsburgh, PA  15264-3592

HPES Healthcare Prof Equip.
P.O. Box 318
Ellis, KS  67637

Hradvantage
191 Waukegan Rd., Ste. 330
Northfield, IL  60093

Hull, Christine
321 Lake Wichita Dr.
Wylie, TX  75098

Independent Dialysis Partners
500 N. Valley Pkwy., Ste. 112
Lewisville, TX  75067

Infomart
1582 Terrell Mill Rd., SE
Marietta, GA  30067-6048

Infusion Nurse Consultants
14617 Meadowland Circle
Newark, TX  76071-9105

ING
c/o Reliastar Life Insurance Company
3702 Paysphere Circle
Chicago, IL  60674-0037

Innovative Pain Solutions, LLC
2301 Marsh Lane
Plano, TX  75093-8497

Intermetro Industries Corp.
651 N. Washington St.
Wilkes-Barre, PA  18705

Jacobs & Associates
3737 Mapleshade Ln.
Plano, TX  75075

Johnson Controls
P.O. Box 730068
Dallas, TX  75373-0068

KCI USA
P.O. Box 203086
Houston, TX  77216-3086

Kelly Services, Inc.
P.O. Box 530437
Atlanta, GA  30354-0437

Kentec Medical, Inc.
17871 Fitch
Irvine, CA  92614

| |
|---|
| Krames, a Div of Staywell<br>P.O. Box 90477<br>Chicago, IL  60696-0477 |
| KV Business Resources, Inc.<br>1802 Bradmore<br>Houston, TX  77077 |
| Laboratory Corp of America<br>P.O. Box 12140<br>Burlington, NC  27216-2140 |
| Landauer, Inc.<br>2 Science Road<br>Glenwood, IL  60425-1586 |
| Language Line Services<br>P.O. Box 202564<br>Dallas, TX  75320-2564 |
| |
| |
| |
| Legacy Biomedical, Inc.<br>1614 S. Broadway<br>Bldg 2, Suite 206<br>Carrollton, TX  75006 |
| |
| |
| Liddell, Allison, MD<br>8230 Walnut Hill Lane, Suite 414<br>Dallas, TX  75231 |
| Lifeprotection Maintenance<br>P.O. Box 161025<br>Ft. Worth, TX  76161-1025 |
| Linde Gas North America LLC Tank<br>24963 Network Place<br>Chicago, IL  60673-1249 |
| Linde Gas North America LLC<br>24963 Network Place<br>Chicago, IL  60673-1249 |

| | |
|---|---|
| **Lone Star Ambulance**<br>P.O. Box 850246<br>Richardson, TX  75085-0246 | |
| **Lone Star Communications, Inc.**<br>1414 Post & Paddock, Ste. 200<br>Grand Prairie, TX  75050 | |
| | |
| **Manders Maintenance**<br>1501 Precision Dr.<br>Plano, TX  45074 | |
| | |
| | |
| **Marvin F. Poer & Company**<br>P.O. Box 660076<br>Dallas, TX  75266-0076 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Med One Capital Funding, LLC**<br>P.O. Box 271128<br>Salt Lake City, UT  84127 | |
| | |
| **Medfilms, Inc.**<br><br>4910 W. Monte Carlo Drive<br>Tucson, AZ 85745 | |

**Medical Suppliers of America**
1725 NW 79 Ave.
Miami, FL  33126

**Medical Transport Solutions**
P.O. Box 2575
Forney, TX  75126

**Medicone Medical Response**
P.O. Box 34837
San Antonio, TX  78265-4837

**Medquist Transcriptions, Ltd.**
P.O. Box 29307
New York, NY  10087-9307

**Melton Norcross & Associates**
2591 Dallas Pkwy., Ste. 300
Frisco, TX  75034

| |
|---|
| Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 |
| |
| |
| MPM Medical, Inc.<br><br>2301 Crown Ct.<br><br>Irving TX 75038 |
| MRI Network<br>88276 Expedite Way<br>Chicago, IL 60695-0001 |
| Mvap Medical Supplies, Inc.<br>1415 Lawrence Dr.<br>Newbury Park, CA 91320 |
| |
| |
| |
| NCS Pearson<br>P.O. Box 1416<br>Minneapolis, MN 55440 |
| Network Services Company<br>1805 Momentum Place<br>Lockbox #231805<br>Chicago, IL 60689-5318 |
| Neurology-Seizure-Sleep Clinic<br><br>701 Tuscan Dr., Ste. 280<br>Irving, TX 75039 |
| |
| |
| |
| North Texas Bracing<br>6500 Oakview Dr. |

| |
|---|
| **Flower Mound, TX  75022** |
| **North Texas Ice Design**<br>**8301 Sovereign Row**<br>**Dallas, TX  75247** |
| |
| **Nursefinders**<br>**P.O. Box 910738**<br>**Dallas, TX  75391-0738** |
| |
| |
| |
| |
| |
| |
| |
| **Onward Healthcare**<br>**P.O. Box 27421**<br>**New York, NY  10087-7421** |
| **Orrick Herrington & Sutcliffe**<br>**File 72887**<br>**P.O. Box 61000**<br>**San Francisco, CA  94161-2887** |
| |
| |
| |
| |
| |
| **Patton Boggs, LLP**<br>**Attorney At Law**<br>**2550 M Street, NW** |

| |
|---|
| Washington, DC  20037 |
| |
| |
| |
| Melissa Pipes |
| 8517 Olivia St |
| Frisco, TX  75070 |
| |
| Pitney Bowes Reserve Account<br>P.O. Box 856056<br>Louisville, KY  40285-6056 |
| Platinum Select Staffing<br>P.O. Box 678064<br>Dallas, TX  75267-8064 |
| |
| |
| |
| Precision Dynamics Corp.<br>4193 Solutions Ctr.<br>Chicago, IL  60677-4001 |
| Preferred Office Products<br>1201 S Ervay St.<br>Dallas, TX  75215 |
| Premier Medical Transport<br>P.O. Box 2575<br>Forney, TX  75126 |
| Premier Pension Solutions<br>P.O. Box 7247<br>Waco, TX  76714 |
| |
| |
| Premium Laundry & Linen Supply Co.<br>3011 Gaston Ave. |

| |
|---|
| Dallas, TX  75226 |
| Prime Healthcare Staffing<br>27240 Haggerty Rd., Ste. E-15<br>Farmington Hills, MI  48331 |
| Prime Pest Management<br>2614 Freewood Dr.<br>Dallas, TX  75220-2511 |
| |
| |
| |
| Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA  15250-7847 |
| |
| |
| |
| |
| R&D Systems, Inc.<br>Accounts Receivable<br>614 McKinley Place NE<br>Minneapolis, MN  55413-2647 |
| |
| |
| R&D Systems, Inc.<br>Accounts Receivable<br>614 McKinley Place NE<br>Minneapolis, MN  55413-2647 |
| Rappa, Peter, MD, PA<br>14902 Preston Rd., Ste. 404<br>Dallas TX  75254 |
| RCT, Inc.<br>P.O. Box 744133 |

Dallas, TX  75374

Recovercare, LLC
Key Bank - Lock Box #713222
895 Central Ave., Ste. 600
Cincinnati, OH  45202

ReflecTX Services, Inc.
15072 Collections Center Dr.
Chicago, IL  60693

Refrigerated Specialist, Inc.
3040 East Meadows
Mesquite, TX  75150

Rehabmart, LLC
150 Sagewood Dr.
Winterville, GA  30683-1563

Reliable Plant Maintenance, Inc.
P.O. Box 702726
Dallas, TX  75370

Respiratory Associate of Texas
P.O. Box 1304
Arlington, TX  76004-1304

Respironics, Inc.
P.O. Box 405740
Atlanta, GA  30384-5740

Richardson ISD
P.O. Box 830625
Richardson, TX  75083

Rochelle, Gary B., Ph.D.
2220 Coit Rd, Suite 480, Pmb 304
Plano, TX  75075

Rockwall Hospitals USA, Inc.
Pmb #288
6505 W. Park Blvd., Ste. 306

Plano, TX  75093

RXprostaff, Inc.
4106 Coachman Lane, Ste. 2
Colleyville, TX  76034

Sage Rehabilitation Hospital
8000 Summa Avenue
Baton Rouge, LA  70809

Sammons Preston Roylan
P.O. Box 93040
Chicago, IL  60673-3040

Saville, Dodgen & Co., P.L.L.C
700 North Pearl, Ste. 1100
Dallas, TX  75201

Scott, Ronald G., MD
6629 Muirfield Circle
Plano, TX  75093

Security Reconnaissance Tea

| |
|---|
| |
| Shamrock Scientific Specialty<br>34 Davis Drive<br>Bellwood, IL  60104-1091 |
| |
| Siemens Med Solutions USA, Inc.<br>c/o Mellon Bank<br>P.O. Box 120001 Dept. 0733<br>Dallas, TX  75312-0733 |
| |
| |
| Simon Roofing & Sheet Metal<br>P.O. Box 951109<br>Cleveland, OH  44193 |
| |
| |
| Simply Thick, LLC<br>200 South Hanley Rd.<br>Suite 1102<br>St Louis, MO  63105 |
| Singer & Levick, PC<br>16200 Addison Rd., Ste. 1400<br>Addison, TX  75001 |
| |
| Sizewise<br>P.O. Box 320<br>Ellis, KS  67637 |
| |
| |
| |

| |
|---|
| |
| |
| |
| Spheris<br>Bank of America LB<br>13552 Collections Ctr. Dr.<br>Chicago, IL  60693 |
| Spinner Printing Co.<br>3335 Keller Springs Road<br>Carrollton, TX  75006 |
| |
| Stajac Industries<br>2601 E 2nd Avenue<br>Tampa, FL  33605 |
| Staples Business Advantage<br>Dept. Chi<br>P.O. Box 83689<br>Chicago, IL  60696-3689 |
| Starplus EMS<br>330 Industrial Blvd. #101<br>McKinney, TX  75069 |
| Stericycle, Inc.<br>P.O. Box 9001588<br>Louisville, KY  40290-1588 |
| Steward Healthcare<br>300 South Main St.<br>Euless, TX  76040 |
| Suppliers Outlet<br><br>1335 Greg St, Suite 107<br>Sparks,  NV  89431 |
| |
| |
| |
| Surequest Systems, Inc. |

| | |
|---|---|
| 3330 Keller Springs Road, #205<br>Carrollton, TX 75006 | |
| Sysco Food Services Of Dallas<br>P.O. Box 560700<br>Lewisville, TX 75056-0700 | |
| System13, Inc.<br>1648 State Farm Blvd.<br>Charlottesville, VA 22911 | |
| | |
| Tech Dogs, LLC<br>2237 W Parker Rd., Ste. A<br>Plano, TX 75023 | |
| | |
| Teters Faucet Parts Corp.<br>6337 Oram St.<br>P.O. Box 141075<br>Dallas, TX 75214 | |
| Texas Back Institute<br>P.O. Box 262409<br>Plano, TX 75026-2409 | |
| | |
| | |
| Texas Dept Licensing & Reg<br><br>P.O. Box 12157<br>Austin, TX 78711 | |
| | |
| | |
| | |
| | |
| Texas Select Staffing, LLC<br>P.O. Box 577<br>West Bend, WI 53095-0577 | |
| | |

| |
|---|
| |
| |
| Therapy Dynamics<br>c/o PF Funding<br>565 Highway 35, Suite 10<br>Red Bank, NJ  07701 |
| Thomas Reprographics, Inc.<br>P.O. Box 740967<br>Dallas, TX  75374-0967 |
| |
| |
| TMH Service, LLC<br>P.O. Box 150888<br>Longview, TX  45615-0888 |
| |
| |
| Triage Staffing, Inc.<br>11133 O Street<br>Omaha, NE  68137 |
| Trinity Medical Center<br>2225 West Parker Rd.<br>Carrollton, TX  75010 |
| |
| |
| TW Telecom<br>P.O. Box 172567<br>Denver, CO  80217-2567 |
| TX Health Dallas<br>P.O. Box 910115<br>Dallas, TX  75391 |
| TX Health Diag Surg Plano<br>P.O. Box 676266 |

| |
|---|
| Dallas, TX  75267-6266 |
| TX Health Plano<br>P.O. Box 910156<br>Dallas, TX  75391-0156 |
| |
| |
| |
| United Mechanical<br>P.O. Box 551206<br>Dallas, TX  75355-1206 |
| US Infusion, Inc.<br>14617 Meadowland Circle<br>Newark, TX  76071-9105 |
| |
| |
| USMED-Equip<br>9777 West Gulf Bank, Suite 20<br>Houston ,TX  77040 |
| |
| |
| |
| |
| |
| |
| |
| Visionshare, Inc.<br>P.O. Box 86<br>Minneapolis, MN  55486-2343 |
| Visiting Angels Carrollton<br>P.O. Box 5381 |

Frisco, TX  75035-5381

**Walnut Hill Dialysis Center**
P.O. Box 971367
Dallas, TX  75397-1367

**Wilson, Kelly**
1508 Hearthstone Dr.
Plano, TX  75023

**Wiss Janney Eistner Assoc.**
P.O. Box 71801
Chicago, IL  60694

**Wolters Kluwer Health**
P.O. Box 1610
Hagerstown, MD  21740

**Write Now Office Products**
P.O. Box 478
Frisco, TX  75034

**Zoll Medical Corp.**
269 Mill Road
Chelmsford, MA  01824-9011